IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00488-CMA-BNB

SHARON MUELLER,

Plaintiff,

v.

CURRENT, USA, INC., a Minnesota corporation,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion for Protective Order (Doc. #14) Pursuant to D.C.COLO.L.Civ.R. 6.1** [docket no. 17, filed July 12, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. Plaintiff shall respond to the Motion for Protective Order (doc. 14) on or before **July 16, 2010**.

DATED: July 14, 2010