IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00488-CMA-BNB

SHARON MUELLER,

Plaintiff,

v.

CURRENT, USA, INC., a Minnesota corporation,

Defendant.

## ORDER

This matter arises on the **Motion for Protective Order** [Doc. # 14, filed 6/21/2010] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED. The defendant shall produce all documents responsive to Request for Production No. 2 on or before **July 21, 2010**.

Dated July 19, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge