IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00488-CMA-BNB

SHARON MUELLER,

    Plaintiff,

v.

CURRENT, USA, INC., a Minnesota corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejudice (Doc. # 28). The Court having considered the Stipulated Motion To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her or its own costs and attorneys' fees.

DATED: September __16__, 2010

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Court Judge